**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**NORTHERN DIVISION**

**TRANSMARK FUNDING LLC**                                   **PLAINTIFF**

**V.**                 **CAUSE ACTION NO. 3:19-CV-280-DCB-JCG**

**JENNIFER POLITO**                                          **DEFENDANT**

**V.**

**LANCE STEVENS AND ROBERT GRAHAM, JR.**     **THIRD-PARTY DEFENDANT**

## Order

This Court entered an Order of Remand (Doc. 13) to the Chancery Court of Rankin County on June 27, 2019. TransMark Funding LLC ("TransMark"), Lance Stevens ("Stevens"), and Robert Graham, Jr. ("Graham") sought sanctions against Jenifer Polito ("Polito") for improper removal. Doc. 8, p.3. Transmark, Stevens, and Graham allege that Polito was "fully advised of the forum selection clause prior to removal of this action" and still removed "improper[ly]" Doc. 8, p.3.

Pursuant to 28 U.S.C. §1447(c), this Court allowed TansMark, Stevens, and Graham thirty (30) days from the entry of the Order of Remand (Doc. 13) to file further briefing on the issue of sanctions, to which Polito may respond. The parties had until July 27, 2019 to file their briefs.

As of the date of this order, neither TransMark, Stevens, nor Graham has filed any further briefing on the issue of sanctions. Therefore, the parties have ten (10) days from the entry of this order to show cause for their failure to file any further briefs, if said parties elect to pursue the sanctions herein described.

SO ORDERED on this the 31st day of October, 2019.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE